## DILDA *v.* SMITH.

COBB, J.    There .was no appearance for ·the plaintiff in error, and the defendant in error moved to open the record and prayed for damages.    It palpably appearing that the bill of exceptions is without merit, this fact, in connection with the failure of the plaintiff in error to prosecute ·his case, leads logically to the conclusion that it was brought here for delay only; and damages are awarded accordingly.    *Buchannon* v. *DeLoach Mill Mfg, Co.,* 105 *Ga.* 840, and cit.
*Judgment affirmed, with damages.    All the Justices concurring.*

Submitted December 16, 1899. — Decided January 30, 1900.

*Maddox & Terrell,* for movant.

___

## HOLLIDAY *et al. v.* HIRSCH *et al.*

LITTLE, J.    Under the facts which appear in the record, the judge was fully warranted in refusing to grant the injunction as prayed for.
*Judgment affirmed.   All the Justices concurring.*

Argued December 21, 1899. — Decided January 30, 1900.

Petition for injunction.    Before Judge Lumpkin.    Fulton county.    October 16, 1899.

*P. F. Smith* and *R. R. Shropshire,* for plaintiffs.
*Candler & Thomson,* for defendants.